**Order entered July 13, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00470-CV

**JEFFREY ALLEN KRAUSE AND AKIKO KRAUSE, Appellants**

**V.**

**JASON CHEN, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01778-2021**

## ORDER

Appellant Jeffrey Allen Krause has filed a Suggestion of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE